UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RAY GARY,

        Plaintiff,

v().

THE AIR GROUP, INC.,

        Defendant.

Civ. Action No. 02-2589 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 28th day of September, 2007,

**ORDERED** that defendant's motion for summary judgment, appearing on the docket as entry # 34, is **denied**; and it is further

**ORDERED** that defendant's motion to strike or judicially limit punitive damages, appearing on the docket as entry # 40, is **denied**.

        /s/Katharine S. Hayden

        Katharine S. Hayden, U.S.D.J.